UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**FILED**
OCT 1 5 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Earl M. Hoover III

*(Enter above the full name of the plaintiff or plaintiffs in this action).*

*(Inmate Reg. # of each Plaintiff)*

**VERSUS**

**CIVIL ACTION NO.** 2:18-cv-1354
*(Number to be assigned by Court)*

South Central Reg Jail

*(Enter above the full name of the defendant or defendants in this action)*

## COMPLAINT

**I.  Previous Lawsuits**

  A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes ~~✓~~   No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   _____

   Defendants: _____

   _____

   _____

2. Court (if federal court, name the district; if state court, name the county);

   _____

3. Docket Number: _____

4. Name of judge to whom case was assigned:

   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. **Place of Present Confinement:** Suffolk County Reg Jail

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓       No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓       No ___

    C. If you answer is YES:

        1. What steps did you take? I sent one in

        2. What was the result? I haven't heard back or they have given me the run arounds

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Earl M. Hoover

       Address: 5 don Lan White Plains NY 10607

    B. Additional Plaintiff(s) and Address(es): ___

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: _South Central Reg Jail_

   is employed as: _____

   at _____

D. Additional defendants: _____

_____

_____

_____

## IV. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_The Jail has let A young man work in the kitchen with a colostomy Bag where to to server's Food, to Cook Food & wash the trase ... I have spoken to him and kitchen stafe & the Jail stafe nothing is being done about the Bio haze mat_

4

**IV. Statement of Claim (continued):**

**V. Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

"Justice"

"Pain + Suffering"

V.   **Relief (continued)):**

_____

_____

_____

_____

_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No _____

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No _____

If so, state the lawyer's name and address:

_____

_____

Signed this _____ day of _____, 20____.

_____*Earl M. Hoover III*_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                (Date)

_____*Earl M. Hoover III*_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7